

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

No. 04-14-00414-CV

Whitney **BREWSTER**, In her capacity as executive director of The Texas Department of Motor Vehicles,
Appellant

v.

Drew **ROICKI** and Richard Roicki, As Successors in Interest to Pinnacle Motors,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06565
Honorable Richard Price, Judge Presiding

### O R D E R

Appellant seeks to appeal a judgment signed on June 4, 2014. The reporter's record was originally due on June 24, 2014. On July 2, 2014, we notified court reporter Catherine Kerndole that the reporter's record was late, and to either file a Notification of Late Record within ten days or the reporter's record within twenty days. The court reporter did not respond to our order, and the reporter's record has not been filed in this court.

It is therefore ORDERED that Ms. Kerndole file the reporter's record in this court no later than **August 18, 2014**. If the reporter's record is not received by such date, an order may issue directing Ms. Kernodle to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Ms. Kernodle by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court